NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ENOCH HENRY ROGERS,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀Appellant,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀Case No. 2D18-2442
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
STATE OF FLORIDA,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀Appellee.⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)

Opinion filed September 27, 2019.

Appeal from the Circuit Court for
Hardee County; Marcus J. Ezelle,
Judge.

Rachael E. Reese of O'Brien
Hatfield, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E.
Jensen, Assistant Attorney
General, Tampa, for Appellee.


PER CURIAM.


⠀⠀⠀⠀⠀⠀Affirmed.


CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.